1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5     E-Mail: Bill.latour@verizon.net
6

7  Attorney for Plaintiff
8
9              UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11  VALERIE KREJCKANT,           )   No.  EDCV 10-567 E
12                               )
       Plaintiff,                )   [PROPOSED] ORDER AWARDING
13                               )   EAJA FEES
                                 )
14     v.                        )
                                 )
15                               )
    MICHAEL J. ASTRUE,           )
16  Commissioner Of Social Security, )
                                 )
17     Defendant.                )
18

19     Based upon Based on the parties' stipulation for the award of EAJA Fees,
20     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
21  THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 (1,800.00) .
22     DATE: 3/21/11        _____
23                          HON. CHARLES F. EICK
24                          UNITED STATES MAGISTRATE JUDGE